Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004–1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8182
Fax: 212.859.4000
janice.macavoy@friedfrank.com

March 24, 2017

*VIA ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Wells Fargo Bank, N.A. et al. v. 390 Park Avenue Associates, LLC et al., Case No. 1:16-cv-09112-LGS (the "Action")*

Dear Judge Schofield:

On behalf of my clients 390 Park Avenue Associates, LLC ("390 Park"), Aby J. Rosen, and Michael Fuchs (together, the "RFR Defendants"), I write to inform the Court that the RFR Defendants will not be pursuing a motion to disqualify Venable, LLP ("Venable") as counsel for plaintiff in this Action.

After further discussion with counsel for plaintiff and the establishment of an ethical wall at Venable insulating this Action from attorneys who work or may have worked for the RFR Defendants or their affiliates on other matters, the RFR Defendants have consented to Venable's representation of plaintiff in this Action and consequently will not be filing any motion to disqualify Venable.

                            Respectfully Submitted,

                            Janice Mac Avoy

cc:    Counsel of Record (by ECF)

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership