UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-C2, BY AND THROUGH ITS SPECIAL SERVICER, CWCAPITAL ASSET MANAGEMENT LLC,

    Plaintiff,

v.

390 PARK AVENUE ASSOCIATES, LLC; et al.

    Defendants.

-----------------------------------------------------------x

Case No.: 16-cv-09112 (LGS)

**NOTICE OF PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS, *WITH PREJUDICE***

NOTICE IS HEREBY GIVEN that Plaintiff Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-C2, by and through its Special Servicer, CWCapital Asset Management LLC (the "Trust"), will move the Court, at a date and time set by the Court, for an Order dismissing, *with prejudice*, the counterclaims asserted in Defendant 390 Park Avenue Associates, LLC's Amended Answer and Affirmative Defenses and Counterclaims to the Complaint for Foreclosure of a Leasehold Mortgage [Docket No. 61] pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

PLEASE TAKE FURTHER NOTICE that the Trust will rely on the Declaration of Heather Deans Foley, together with the exhibits attached thereto and the Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims, *With Prejudice*, filed contemporaneously herewith, as well as the record before the Court in this matter.

1

Dated: August 18, 2017    VENABLE LLP

Rishi Kapoor
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500

-and-

By: */s/ Heather Deans Foley*
Gregory A. Cross (admitted *pro hac vice*)
Heather Deans Foley (admitted *pro hac vice*)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I served a copy of the foregoing Notice of Plaintiff's Motion to Dismiss Counterclaims, *With Prejudice* on the following via electronic delivery and first class mail, postage prepaid:

>Raymond Nicola Hannigan
>Herrick, Feinstein LLP
>Two Park Avenue
>New York, New York 10016
>*Counsel for Defendants 390 Park Avenue Associates, LLC*

                                              /s/ Heather Deans Foley
                                              Heather Deans Foley

18641785-v2