UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-C2, BY AND THROUGH ITS SPECIAL SERVICER, CWCAPITAL ASSET MANAGEMENT LLC,<br><br>          Plaintiff,<br><br>  - against -<br><br>390 PARK AVENUE ASSOCIATES, LLC; *et al.*,<br><br>          Defendants. | 16-cv-09112 (LGS)<br><br>**NOTICE OF 390 PARK AVENUE ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT** |

  NOTICE IS HEREBY GIVEN that 390 Park Avenue Associates, LLC ("390 Park") will move the Court, at a date and time set by the Court, for an Order entering summary judgment in favor of 390 Park, pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, and dismissing this action.

  PLEASE TAKE FURTHER NOTICE that 390 Park will rely on (i) the Declaration of Mark S. Weiss in Support of 390 Park's Motion for Summary Judgment, together with the exhibits attached thereto, (ii) the Declaration of Jesse Ryan Loffler in Support of 390 Park's Motion for Summary Judgment, together with the exhibits attached thereto, (iii) the Declaration of Jesse Ryan Loffler in Opposition to Plaintiff's Motion for Summary Judgment, (iv) 390 Park's Omnibus Response to Plaintiff's Statement of Undisputed Material Facts in Opposition to Plaintiff's Motion for Summary Judgment and to Appoint a Referee and Statement of Undisputed Material Facts in Support of 390 Park's Motion for Summary Judgment, and (v) the Omnibus Memorandum of Law in Support of 390 Park's Motion for Summary Judgment and in Opposition to Plaintiff's Motion

for Summary Judgment and Motion to Appoint a Referee, each filed contemporaneously herewith, as well as the record before the Court in this action.

| | |
|---|---|
| Dated:  Pittsburgh, Pennsylvania<br>March 15, 2018 | Respectfully submitted,<br><br>COZEN O'CONNOR<br><br>By:      s/ Jesse Ryan Loffler     <br>              Jesse Ryan Loffler<br><br>One Oxford Centre<br>301 Grant Street, 26th Floor<br>Pittsburgh, Pennsylvania 15219<br>(412) 620-6500<br>jloffler@cozen.com<br><br>*Attorneys for Defendant*<br>  *390 Park Avenue Associates, LLC,* |

OF COUNSEL:

Janice Mac Avoy
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000

Raymond N. Hannigan
HERRICK FEINSTEIN LLP
Two Park Avenue,
New York, New York 10016
(212) 592-1500

K. Heather Robinson
HERRICK FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

*Attorneys for Defendant*
*390 Park Avenue Associates, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2018, I served a copy of the foregoing Notice of 390 Park Avenue Associates, LLC's Motion for Summary Judgment, together with the Declaration of Mark S. Weiss in Support of 390 Park's Motion for Summary Judgment, the Declaration of Jesse Ryan Loffler in Support of 390 Park's Motion for Summary Judgment, and the Declaration of Jesse Ryan Loffler in Opposition to Plaintiff's Motion for Summary Judgment on the following via electronic delivery:

Rishi Kapoor
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Email: rkapoor@venable.com

Gregory A. Cross
Heather Deans Foley
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Email:  gacross@venable.com
Email:  hdfoley@venable.com

*Attorneys for Plaintiff*


          __s/ Jesse Ryan Loffler_____
          Jesse Ryan Loffler